<u>UNITED STATES DISTRICT COURT</u>
<u>DISTRICT OF CONNECTICUT</u>

| | | |
|---|---|---|
| MONIQUE BIGGS | : | |
| | : | CASE NO.: 3:22-CV-00076-KAD |
| VS. | : | |
| | : | |
| CA SENIOR FARMINGTON OPERATOR, LLC | : | MARCH 28, 2022 |

**NOTICE OF APPEARANCE**

Please enter the appearance of Attorney Matthew D. Paradisi, Esq. on behalf of the Plaintiff in the above-captioned action.

        THE PLAINTIFF,
        MONIQUE BIGGS

        By: /s/ *Matthew D. Paradisi*
        Matthew D. Paradisi Esq. (ct29915)
        CICCHIELLO & CICCHIELLO, LLP
        364 Franklin Avenue
        Hartford, Connecticut 06114
        Tel: (860) 296-3457
        Fax: (860) 296-0676
        Email: mparadisi@cicchielloesq.com

2

**CERTIFICATION OF SERVICE**

    I hereby certify that on MARCH 28, 2022, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                   By: /s/ *Matthew D. Paradisi*
                                                   Matthew D. Paradisi (ct29915)